# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEL C. SAMPLE,<br>    *Plaintiff,*<br><br>v.<br><br>KATHLEEN MCGETTIGAN, Director,<br>United States Office of Personnel<br>Management,<br>    *Defendant.* | CIVIL ACTION<br>NO. 21-1239 |

## ORDER

**AND NOW**, on this 17th day of February, 2022, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 5) it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.