IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENEL C. SAMPLE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 21-cv-1239 |
| | : | |
| **KIRAN AHUJA,**[1] **DIRECTOR,** | : | |
| **U.S. OFFICE OF PERSONNEL** | : | |
| **MANAGEMENT (*OPM*),** | : | |
| **Defendant.** | | |

**O R D E R**

**AND NOW**, this __30th__ day of May, 2023, upon consideration of Defendant's Motion for Protective Order (ECF No. 26), Plaintiff's memorandum of law in opposition to Defendant's motion (ECF No. 29), Defendant's reply in further support of its motion (ECF No. 30), Plaintiff's Motion to Extend Deadlines for Completion of Fact Discovery and Expert Reports, and for Other Relief (ECF No. 31), and Defendant's response thereto (ECF No. 32). and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order is **GRANTED IN PART** and **DENIED IN PART** and that Plaintiff's Motion to Extend Deadlines for Completion of Fact Discovery and Expert Reports, and for Other Relief is **GRANTED** as follows:

    1.    The Motion for Protective Order is granted as to Request for Production ("RFP") No. 12 and Interrogatory Nos. 7 and 8.

    2.    The Motion for Protective Order is granted as to RFP Nos. 1, 2, 3, 4, 5, 6, 7, and 8 as well as Interrogatory Nos. 1 and 4 as to positions Sample did not "apply for."

---

[1] Kiran Ahuja is the current Director of the United States Office of Personnel Management. Pursuant to Federal Rule of Civil Procedure 25(d), she has been substituted as the Defendant in this case (hereinafter "Defendant" or "the government").

      3.       The Motion for Protective Order is denied as to RFP Nos. 1, 2, 3, 4, 5, 6, 7, and 8 as well as Interrogatory Nos. 1 and 4 as to positions Sample "applied for."

      4.       The Motion for Protective Order is denied as to RFP Nos. 9, 10, 11, 17, 18, 19, 20, 22, 25, 26, 27, 28, 29, 31, and 32 as well as Interrogatory Nos. 2, 3, 5, 6, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.

      5.       The Court will convene a Rule 16 conference by telephone to discuss a new scheduling order.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge