THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENEL C. SAMPLE,** : | | CIVIL ACTION |
| **Plaintiff,** : | | |
| : | | |
| v. : | | No.: 21-cv-1239 |
| : | | |
| **KIRAN AHUJA, DIRECTOR,** : | | |
| **U.S. OFFICE OF PERSONNEL** : | | |
| **MANAGEMENT (*OPM*),** : | | |
| **Defendant.** : | | |

# O R D E R

**AND NOW**, this   27th   day of December, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 44), Plaintiff's response in opposition, thereto (ECF No. 51), and Defendant's reply memorandum (ECF No. 53) and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED.**

JUDGMENT IS ENTERED in favor of Defendant Kiran Ahuja, Director, United States Office of Personnel Management and against Plaintiff Renel Sample.  This case shall be marked CLOSED.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge